THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL DELEON, Also Known as FELO, Appellant. [751 NYS2d 910] —Appeal from a judgment of Onondaga County Court (Aloi, J.), entered March 6, 2001, convicting defendant upon his plea of guilty of criminal possession of a controlled substance in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: The record establishes that defendant knowingly, intelligently and voluntarily waived his right to appeal as part of the plea agreement. Although "[t]he contention that defendant did not voluntarily, knowingly and intelligently enter his plea survives his waiver of the right to appeal, * * * defendant failed to preserve that contention for our review by moving to withdraw his plea or vacate the judgment of convic-

tion" (*People v DeJesus*, 248 AD2d 1023, 1023, *lv denied* 92 NY2d 878; *see People v Vallejo*, 261 AD2d 962, *lv denied* 93 NY2d 1029), and the "plea allocution does not qualify for the narrow, 'rare case' exception to the preservation doctrine" (*People v Toxey*, 86 NY2d 725, 726, *rearg denied* 86 NY2d 839, quoting *People v Lopez*, 71 NY2d 662, 666). Present—Pine, J.P., Wisner, Scudder, Kehoe and Burns, JJ.